UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| COMPLAINT OF MARQUETTE | § | |
| TRANSPORTATION COMPANY | § | |
| GULF-INLAND LLC, as owner of the | § | CIVIL ACTION NO. 3:18-CV-00074 |
| M/V CORPUS CHRISTI, FOR | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Pending before the Court are Limitation Defendant's Objection to the Court's Memorandum and Recommendation to Transfer Venue. Dkt. 37. On August 22, 2018, this case was referred to Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1). On September 4, 2018, Judge Edison filed a Memorandum and Recommendation (Dkt. 36) recommending that Marquette Transportation Company Gulf-Inland, LLC's Opposed Motion to Transfer Venue (Dkt. 13) be **GRANTED**.

On September 14, 2018, Limitation Defendant, Robert McCoun, filed his Objections. In accordance with 28 U.S.C. § 636(b)(1)(c), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings and summary judgment record; and the briefing and arguments of the parties. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Limitation Defendant's Objection to the Court's Memorandum and Recommendation to Transfer Venue (Dkt. 37) be **OVERRULED**;

(2) Marquette Transportation Company Gulf-Inland, LLC's Opposed Motion to Transfer Venue (Dkt. 13) be **GRANTED**; and

(3) This case be **TRANSFERRED** to the United States District Court for the Western District of Kentucky.

SIGNED at Galveston, Texas, this 17th day of September, 2018.

_____
George C. Hanks Jr.
United States District Judge